UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MINUTES**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) | CASE No: | 1:22-cr-29 |
| | ) | DATE: | October 4, 2022 |
| v. | ) | TIME: | 3:00 p.m. – 4:05 p.m. |
| | ) | PLACE: | Grand Rapids |
| BRENDON GAGNE, et al., | ) | | |
| Defendants. | ) | | |

**APPEARANCES**

PLAINTIFF:           Stephanie M. Carowan
                     Justin Matthew Presant

DEFENDANT GAGNE:     Britt M. Cobb

DEFENDANT FORD:      Gerald J. Gleeson, II

**WITNESSES**

PLAINTIFFS:     N/A

DEFENDANTS:     N/A

**PROCEEDINGS**

NATURE OF HEARING:

Oral argument on Defendant Gagne's motion to dismiss (ECF No. 65).  Motion denied from the bench.  Order to issue.

COURT REPORTER:   Paul Brandell            /s/ James Schmidt
                                              Law Clerk