UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRENDON GAGNE, et al.,

    Defendants.
_____ /

CASE NO. 1:22-CR-29

HON. ROBERT J. JONKER

## ORDER

The matter came up for hearing on October 4, 2022, on Defendant Gagne's motion to dismiss (ECF No. 65), joined in part by Defendant Ford.  For the reasons recited in full from the bench, the motion to dismiss (ECF No. 65) is **DENIED.**

    **IT IS SO ORDERED.**


Dated:   October 5, 2022        /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     UNITED STATES DISTRICT JUDGE