UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:22–cr–29

  v.                                   Hon. Robert J. Jonker

JOSHUA FORD,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:            March 24, 2023   02:00 PM
Judge:                 Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI

*A final pretrial conference, if necessary, is scheduled for March 30, 2023 at 11:00 a.m.*

                                           ROBERT J. JONKER
                                           United States District Judge

Dated:  March 9, 2023        By:    /s/ Susan Driscoll Bourque
                                                 Case Manager