UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:22–cr–29

  v.                                     Hon. Robert J. Jonker

JOSHUA FORD,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  July 10, 2023   02:00 PM
Judge:  Robert J. Jonker
Place/Location:  699 Federal Building, Grand Rapids, MI


                                            ROBERT J. JONKER
                                            United States District Judge

Dated:  March 24, 2023        By:   /s/ Susan Driscoll Bourque
                                              Case Manager