# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. JOSHUA FORD | DISTRICT JUDGE: Robert J. Jonker |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-cr-29 | 7/10/23 | 2 - 2:23 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Stephanie Carowan | Defendant: Gerald J. Gleeson / Sydney Rohilcek | Counsel Designation: Retained |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute  ☐ nolo contendre
  - ☐ not guilty  ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention  (waived ☐)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ✓ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- ☐ Read  ☐ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: 2 years
Supervised Release: _____
Fine: $ 500.00
Restitution: $ _____
Special Assessment: $ 100.00

Plea Agreement Accepted: X Yes ☐ No
Defendant informed of right to appeal: ✓ Yes ☐ No
Counsel informed of obligation to file appeal: ✓ Yes ☐ No

Conviction Information:
- Date: 3/24/23
- By: Plea
- As to Count (s): Misdemeanor Information

**ADDITIONAL INFORMATION:**
Original Indictment dismissed on motion of the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |